# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2491

_____

| | | |
|---|---|---|
| Vernis Farmer, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| United States of America; John Doe, | * | |
| #1; John Doe, #2; Jane Doe, #1, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: April 6, 2011
Filed: April 13, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Vernis Farmer appeals the district court's[1] dismissal of his civil action, without prejudice, for lack of subject matter jurisdiction. After careful review, we conclude dismissal was proper for the reasons stated by the district court. See Bellecourt v. United States, 994 F.2d 427, 430 (8th Cir. 1993). Accordingly, we deny the pending motion and affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.